No. 151. Oliver, Executor, et al. v. United States; and

No. 155. Q. W. S. S. Realty & Investment Co. v. United States. October 14, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *George Eigel* and *William L. Igoe* for petitioners in No. 148. *Roscoe Anderson* for petitioner in No. 149. *William H. Allen* for petitioners in No. 150. *William L. Igoe* for petitioners in No. 151. *Samuel M. Watson* for petitioner in No. 155. *Solicitor General McGrath, Roger P. Marquis* and *Wilma C. Martin* for the United States. Reported below: 155 F. 2d 73, 77.

No. 208. Transparent-Wrap Machine Corp. v. Stokes & Smith Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *R. Morton Adams* for petitioner. *Samuel E. Darby, Jr.* and *Virgil E. Woodcock* for respondent.

No. 209. Adams v. Commissioner of Internal Revenue. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Sydney A. Gutkin* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *William Robert Koerner* for respondent.

No. 229. Patterson, Secretary of War, et al. v. Lamb. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for peti-